# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| ARTHUR L. CRUTHCER,  )  <br>  ) <br> Plaintiff,  ) <br>  ) <br> vs  ) <br>  ) <br> Native American Maintenance Services,  ) <br> d/b/a Global Machine Company, an  ) <br> Oklahoma corporation; Richard Bennett,  ) <br> Ryan Bennett, Jusitn Perry, Jeremy Rouse,  ) <br> and Rick (John Doe)  ) <br>  ) <br> Defendants.  ) | Case No CIV-14-376-RAW |

## JOINT STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

Come now the parties, by and through their respective counsel, and stipulate that the present action be dismissed without prejudice, each party to bear their own costs of this action.

WHEREFORE it is moved that the Court enter an Order of Dismissal without Prejudice in this matter.

Submitted this 28th day of July, 2015.


/s/   Lowell G. Howe                                      /s/ Ron Wright
Attorney for Plaintiff                                        Attorney for Defendants